# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 27, 2013

## NO. 03-11-00055-CV

**Wallace Roofing, Inc. and Royce Dean Wallace, Appellants**

**v.**

**Linda Benson, Appellee**

## APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment nunc pro tunc signed by the trial court on February 28, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment. Therefore, the Court affirms the trial court's judgment.

The appellants shall pay all costs relating to this appeal, both in this Court and the court below.